**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LINDSAY LOESCHER, individually and on behalf of all others similarly situated

    Plaintiff(s),

vs.

INTERNATIONAL GAME TECHNOLOGY and BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION
    Defendant(s).

Case #2:25-cv-01956-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Leanna Loginov_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Shamis & Gentile, P.A._____
(firm name)

with offices at _____14 N.E. 1st Avenue_____,
(street address)

_____Miami_____, _____Florida_____, _____33132_____,
(city) (state) (zip code)

_____(305) 479-2299_____, _____lloginov@shamisgentile.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Lindsay Loescher_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  01/06/2022 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of New Jersey
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

New Jersey and New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida Florida      )
                              )
COUNTY OF  Miami-Dade         )

_____Leanna Loginov_____, Petitioner, being first duly **sworn**, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

[Notary seal: Notary Public State of Florida, Stephanie Babani, My Commission HH 224784, Exp. 3/...]

_Stephanie Babani_
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nathan R. Ring___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3100 W. Charleston Blvd, Suite 208___,
(street address)

___Las Vegas___, Nevada ___Nevada___, ___89102___,
(city)              (state)            (zip code)

___(725) 235-9750___, ___lasvegas@stranchlaw.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Lindsay Loescher
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Nathan R. Ring
Designated Resident Nevada Counsel's signature

12078                lasvegas@stranchlaw.com
Bar number           Email address

APPROVED:

Dated: this __16th__ day of __December__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **LEANNA A LOGINOV** (No. **389742022**) was constituted and appointed an Attorney at Law of New Jersey on **January 06, 2022** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of October, 2025.

*Heather J. Baker*
Clerk of the Supreme Court



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Leanna Alexis Loginov

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 26, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 22, 2025.

*Darrell M. Joseph*

Clerk of the Court

CertID-00256244

**Appellate Division**
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Darrell M. Joseph*
Darrell M. Joseph
Clerk of the Court

Revised October 2024

# EXHIBIT A

**LEANNA LOGINOV ADMISSIONS**

| JURISDICTION | DATE OF ADMISSION | BAR NUMBER | CURRENT STATUS |
|---|---|---|---|
| New Jersey State Bar | 01/06/2022 | 389742022 | Active |
| New York State Bar | 01/26/2022 | 5894753 | Active |
| Northern District of New York | 06/01/2023 | | Active |
| District Court of New Jersey | 09/20/2023 | | Active |
| Southern District of New York | 12/12/2023 | | Active |
| New York Eastern District | 12/20/2023 | | Active |
| Northern District of Illinois | 01/05/2024 | | Active |
| Central District of Illinois | 11/26/2024 | | Active |
| Northern District of Texas | 12/03/2024 | | Active |
| Eastern District of Texas | 02/19/2025 | | Active |
| Southern District of Texas | 02/28/2025 | | Active |